# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00277-CV

**Northeast Neighbors Coalition and TJFA, L.P., Appellants**

**v.**

**Texas Commission on Environmental Quality and
BFI Waste Systems of North America, L.L.C., Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 126TH JUDICIAL DISTRICT
### NO. D-1-GN-09-004113, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellants Northeast Neighbors Coalition and TJFA, L.P. and appellees Texas Commission on Environmental Quality and BFI Waste Systems of North America, L.L.C. filed a joint motion to extend time to file brief or alternatively, a motion for continuance pending the issuance of this Court's opinion in Cause No. 03-10-00677-CV, *TJFA, L.P.* v. *Texas Commission on Environmental Quality and BFI Waste Systems of North America, L.L.C.*, a related appeal that is set for oral argument in September 2011.

We grant the parties' joint motion and abate this appeal until this Court has resolved the related Cause No. 03-10-00677-CV. Any party may file a motion to reinstate this appeal after the issuance of the opinion in the related cause. Failure to file a motion to reinstate within thirty days

after the issuance of the opinion in the related Cause No. 03-10-00677-CV may result in the dismissal of this cause for want of prosecution. *See* Tex. R. App. P. 42.3(b), (c).

Before Justices Puryear, Rose and Goodwin

Abated

Filed: July 29, 2011